No. 85–2079.   LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. *v.* ADVANCED LIGHTWEIGHT CONCRETE CO., INC.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 1083.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–279.   BASIC INC. ET AL. *v.* LEVINSON ET AL.   C. A. 6th Cir.   [Certiorari granted, 479 U. S. 1083.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 86–492.   BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP.   C. A. 4th Cir.   [Certiorari granted, 479 U. S. 1029.]   Motion of Bell Helicopter Textron Inc. for leave to file a brief as *amicus curiae* granted.   JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 86–890.   DEAKINS ET AL. *v.* MONAGHAN ET AL.   C. A. 3d Cir.   [Certiorari granted, 479 U. S. 1063.]   Motion of American Civil Liberties Union Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 86–1108.   VERMONT *v.* COX.   Sup. Ct. Vt.   [Certiorari granted, 479 U. S. 1083.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1593.   SHELL OIL CO. *v.* DEPARTMENT OF REVENUE OF FLORIDA.   Appeal from Sup. Ct. Fla.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–637.   COMMUNICATIONS WORKERS OF AMERICA ET AL. *v.* BECK ET AL.   C. A. 4th Cir.   Certiorari granted.   In addition to the questions presented by the petition, the parties are directed to brief and argue the applicability of *San Diego Building Trades Council v. Garmon,* 359 U. S. 236 (1959).